**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**UNITED STATES OF AMERICA**                                                              **PLAINTIFF**

**v.**                                        **Case No. 4:15-cr-00221-05 KGB**

**RONNIE DON BRISTER**                                                              **DEFENDANT**

## ORDER

Pending is defendant Ronnie Don Brister's *pro se* motion for early termination of supervised release (Dkt. No. 167). The government filed a response stating that there is no objection to the motion (Dkt. No. 170).

On August 2, 2017, Brister pled guilty to one count of conspiracy to possess with intent to distribute and to distribute methamphetamine in violation of 21 U.S.C. § 846 (Dkt. Nos. 125, 126). Brister was sentenced on December 20, 2017, to 120 months of imprisonment to be followed by five years of supervised release (Dkt. Nos. 146, 147).

Brister's supervision commenced on February 14, 2023; therefore, he has served approximately 33 months of his five-year term of supervised release. The United States Probation Office reports to the Court that Brister is free from any Court-reported violations over a 12-month period and that he is in substantial compliance with all of the conditions of supervision. The United States Probation Office supports early termination of Brister's term of supervised release. The government does not oppose the motion.

Under 18 U.S.C. § 3583(e)(1), a district court "may, after considering [certain] factors. . . terminate a term of supervised release and discharge the defendant. . . if it is satisfied that such action is warranted by the conduct of the defendant released and is in the interest of justice. . . ."

For good cause shown, the Court finds that early termination of Brister's term of supervised release is warranted by Brister's conduct and is in the interest of justice.  18 U.S.C. § 3583(e)(1). Therefore, the Court grants Brister's *pro se* motion for early termination of supervised release (Dkt. No. 167).  The Court releases Brister from the remainder of his term of supervised release.

It is so ordered this 2nd March 2026.

Kristine G. Baker
Chief United States District Judge

2